# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Civil Action No.: 19-cv-02142-RMR-KAS

GREGORY J. SHUGARS,
GAYLE A. SHUGARS

    Plaintiffs,

v.

JOHN GLISMANN, M.D.
DAWN A. KOPF, P.A.,
ASPEN VALLEY HOSPITAL DISTRICT

    Defendants.

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 20th day of September, 2024.

BY THE COURT:

_____
Regina M. Rodriguez
United States District Judge

_____
Attorney for Defendant

_____
Attorney for Plaintiff

_____
Attorney for Defendant