IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 19-CV-02142-RMR-KAS

GREGORY J. SHUGARS, *an individual*; and
GAYLE A. SHUGARS, *an individual*,

    Plaintiffs,

v.

JOHN GLISMANN, M.D., *an individual*;
DAWN KOPF, P.A., *an individual*; and
and ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL

    Defendants.

---

## SPECIAL VERDICT FORM A

---

**DO NOT ANSWER THIS SPECIAL VERDICT FORM A IF YOUR FOREPERSON HAS COMPLETED SPECIAL VERDICT FORM C AND ALL JURORS HAVE SIGNED IT**

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

1. Did the Plaintiff Gregory Shugars have damages? (Yes or No)

   ANSWER: __Yes__

2. Was the Defendant, John Glismann, M.D., negligent? (Yes or No)

   ANSWER: __No__

3. Was the negligence, if any, of the Defendant, John Glissman, M.D., a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

1



ANSWER: No

4. Was the Defendant, Dawn Kopf, P.A., negligent? (Yes or No)

ANSWER: No

5. Was the negligence, if any, of the Defendant, Dawn Kopf, P.A., a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

ANSWER: No

6. Was the Defendant, Aspen Valley Hospital, negligent through the actions of its nurses? (Yes or No)

ANSWER: No

7. Was the negligence, if any, of the defendant, Aspen Valley Hospital through the actions of its nurses a cause of any of the damages claimed by the plaintiff, Gregory Shugars? (Yes or No)

ANSWER: No

We the jury, find for the Defendants and award no damages to the Plaintiffs.

Dated this 23 day of September, 2024.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 19-CV-02142-RMR-KAS

GREGORY J. SHUGARS, *an individual*; and
GAYLE A. SHUGARS, *an individual*,

    Plaintiffs,
v.

JOHN GLISMANN, M.D., *an individual*;
DAWN KOPF, P.A., *an individual*; and
and ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL

    Defendants.

---

## SPECIAL VERDICT FORM B

---

### DO NOT ANSWER THIS SPECIAL VERDICT FORM B IF YOUR FOREPERSON HAS COMPLETED SPECIAL VERDICT FORM C AND ALL JURORS HAVE SIGNED IT

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

1. Was a request made by Plaintiff Gregory Shugars for examination or treatment of a medical condition? (Yes or No)

ANSWER: Yes

2. Did Plaintiff Gregory Shugars have an emergency medical condition when he was at Aspen Valley Hospital? (Yes or No)

ANSWER: No

1



3. Did Aspen Valley Hospital provide Mr. Shugars with an "appropriate medical screening examination" within the meaning of EMTALA? (Yes or No)

ANSWER: Yes

4. Was Defendant Aspen Valley Hospital's failure, if any, to provide an "appropriate medical screening examination" within the meaning of EMTALA, a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

ANSWER: No

We the jury, find for the Defendants and award no damages to the Plaintiffs.

Dated this 23 day of September, 2024.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 19-CV-02142-RMR-KAS

GREGORY J. SHUGARS, *an individual*; and
GAYLE A. SHUGARS, *an individual*,

    Plaintiffs,

v.

JOHN GLISMANN, M.D., *an individual*;
DAWN KOPF, P.A., *an individual*; and
and ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL

    Defendants.

---

## SPECIAL VERDICT FORM C

---

**DO NOT ANSWER THIS SPECIAL VERDICT FORM C IF YOUR FOREPERSON HAS COMPLETED AND ALL JURORS HAVE SIGNED SPECIAL VERDICT FORMS A & B**

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

1.   Did the Plaintiff Gregory Shugars have damages? (Yes or No)

ANSWER: _____

2.   Was the Defendant, John Glismann, M.D., negligent? (Yes or No)

ANSWER: _____

1



3. Was the negligence, if any, of the Defendant, John Glismann, M.D., a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

ANSWER: _____

(*If your answer is "Yes," proceed to the next question. If your answer to Question 3 is "No," you must write "0%" beside Dr. Glismann's name in response to Question 17.*)

4. Was the Defendant, Dawn Kopf, P.A., negligent? (Yes or No)

ANSWER: _____

5. Was the negligence, if any, of the Defendant, Dawn Kopf, P.A., a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

ANSWER: _____

(*If your answer is "Yes," proceed to the next question. If your answer to Question 5 is "No," you must write "0%" beside P.A. Kopf's name in response to Question 17.*)

6. Was the Defendant, Aspen Valley Hospital, negligent through the actions of its nurses? (Yes or No)

ANSWER: _____

7. Was the negligence, if any, of the Defendant, Aspen Valley Hospital through the actions of its nurses a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

ANSWER: _____

2

(*If your answer is "Yes," proceed to the next question. If your answer to Question 7 is "No," you must write "0%" beside Aspen Valley Hospital's name in response to Question 17.*)

8. Was the Plaintiff, Gregory Shugars, negligent? (Yes or No)

ANSWER: _____

9. Was the negligence, if any, of the Plaintiff, Gregory Shugars, a cause of his claimed damages? (Yes or No)

ANSWER: _____

(*If your answer is "Yes," proceed to the next question. If your answer to Question 9 is "No," you must write "0%" beside Gregory Shugars' name in response to Question 17.*)

10. Was a request made by Plaintiff Gregory Shugars for examination or treatment of a medical condition? (Yes or No)

ANSWER: _____

(*If your answer to Question 10 is "No," you may skip Questions 11-13 and write "0%" next to Aspen Valley Hospital EMTALA Screening in response to Question 17.*)

11. Did Plaintiff Gregory Shugars have an emergency medical condition when he was at Aspen Valley Hospital? (Yes or No)

ANSWER: _____

3

(*If your answer is "Yes," proceed to the next question. If your answer to Question 11 is "No," you may skip Questions 12 and 13 and you must write "0%" next to Aspen Valley Hospital EMTALA Screening in response to Question 17.*)

12. Did Defendant Aspen Valley Hospital provide Defendant Gregory Shugars with an "appropriate medical screening examination" within the meaning of EMTALA? (Yes or No)

ANSWER: _____

(*If your answer is "No," proceed to the next question. If your answer to Question 12 is "Yes," you must skip Questions 13 and you must write "0%" next to Aspen Valley Hospital EMTALA Screening in response to Question 17.*)

13. Was Defendant, Aspen Valley Hospital's failure, if any, to provide an "appropriate medical screening examination" within the meaning of EMTALA, a cause of any of the damages claimed by the Plaintiff, Gregory Shugars? (Yes or No)

ANSWER: _____

(*If your answer is "Yes," proceed to the next question. If your answer to Question 13 is "No," you must write "0%" beside Aspen Valley Hospital EMTALA Screening in response to Question 17.*)

14. Was the request, if any, made by Plaintiff Gregory Shugars for examination or treatment of a medical condition withdrawn? (Yes or No)

ANSWER: _____

4

*(If your answer is "Yes," you must write "0%" beside Aspen Valley Hospital EMTALA Screening in response to Question 17.)*

State your answers to the following questions numbered 15 and 16 relating to the damages the Plaintiff, Gregory Shugars, had that were caused by the negligence, if any, of the Plaintiff, Gregory Shugars, the negligence, if any, of one or more of the Defendants, and the violation, if any, of EMTALA by the Defendant, Aspen Valley Hospital.

15. Damages to the present: What is the total amount of damages that the Plaintiff, Gregory Shugars, has had to the present in each of the following categories? Enter the figure, "0," for any category if you determine there were no damages in that category.

   a. Medical and other health care expenses:  $_____

   b. Lost earnings (and lost earning capacity):  $_____

   c. Other economic losses other than those included above in a and b:

   $_____

   d. Noneconomic losses, including pain and suffering, inconvenience, emotional stress, impairment of the quality of life, physical impairment, and disfigurement:

   $_____

5

16. Future damages: What is the present value of the total amount of damages that the Plaintiff, Gregory Shugars, will probably have in the future in each of the following categories? Enter the figure zero, "0," for any category, if you determine that the Plaintiff will probably have no future damages in that category. For each category in which you determine the Plaintiff will probably have future damages, you must also indicate the period of time that Plaintiff Gregory Shugars will probably have those future damages.

    a.    Medical and other health care expenses:    $_____

        Duration of damages:   From:_____   To:_____

    b.    Lost Earnings (and lost earning capacity) :    $_____

        Duration of damages:   From:_____   To:_____

    c.    Other economic losses other than those included above in a. and b.:

        $_____

        Duration of damages:   From:_____   To:_____

    d.    Noneconomic losses, including pain and suffering, inconvenience, emotional stress, impairment of the quality of life, physical impairment, and disfigurement:

        $_____

        Duration of damages:   From:_____   To:_____

17. Taking as 100 percent the combined negligence or fault of all parties you find were negligent or at fault and whose negligence or fault was a cause of any of the Plaintiffs' damages, what percentage of negligence or fault, if any, was that of the Defendant, John Glismann, M.D., of the Defendant, Dawn Kopf, P.A., of the Defendant, Aspen Valley Hospital, and of the Plaintiff, Gregory Shugars?

You must enter the figure of zero, "0," for any party you decide was not negligent or at fault or whose negligence or fault you decide was not a cause of any of Plaintiff Gregory Shugars' damages.

| | |
|---|---|
| Percentage charged to John Glismann, M.D.: | _____% |
| Percentage charged to Dawn Kopf, P.A.: | _____% |
| Percentage charged to Aspen Valley Hospital Nursing Staff.: | _____% |
| Percentage charged to Aspen Valley Hospital EMTALA Screening: | _____% |
| Percentage charged to Gregory Shugars: | _____% |

MUST TOTAL: 100%

18. Did the Plaintiff, Gayle Shugars, have a loss of consortium as a result of Plaintiff Gregory Shugars suffering injuries caused by the negligence, if any, of Defendant John Glismann, M.D.? (Yes or No)

ANSWER: _____

If your answer is "Yes," you must state your answers to (a) and (b) below:

7

    a.    Damages to the present: What is the total amount of noneconomic losses, including loss of aid of her spouse, that the Plaintiff, Gayle Shugars, has had to the present? Enter the figure, "0," if you determine there were no damages to the present:

$ _____

    b.    Future damages: What is the present value of the total amount of noneconomic losses, including loss of aid of her spouse, that the Plaintiff, Gayle Shugars, will probably have in the future? Enter the figure, "0," if you determine that the Plaintiff, Gayle Shugars, will probably have no future damages:

$ _____

Dated this ___ day of September, 2024.

_____
**Foreperson**

_____    _____

_____    _____

_____    _____

8