**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02172-RMR-KAS

GREGORY J. SHUGARS, *an individual*, and
GAYLE A. SHUGARS, *an individual*,

Plaintiffs,

v.

JOHN GLISMANN, M.D., *an individual,*
DAWN A. KOPF, P.A., an individual,
ASPEN VALLEY HOSPITAL DISTRICT D/B/A ASPEN VALLEY HOSPITAL,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Judge Regina M. Rodriguez presiding, and the jury has rendered a verdict. Pursuant to the jury verdict and orders issued during the trial, it is

ORDERED that judgment is entered in favor of the Defendants John Glismann, M.D., Dawn Kopf, P.A., and Aspen Valley Hospital District d/b/a Aspen Valley Hospital, and against the Plaintiffs Gregory J. Shugars and Gayle A. Shugars. It is

FURTHER ORDERED that as the prevailing party the Defendants are awarded costs to be taxed by the Clerk in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated at Denver, Colorado this 23rd day of September, 2024.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                               By: s/   K. Myhaver
                                            K. Myhaver
                                            Deputy Clerk