IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02142-RMR-KAS

GREGORY J. SHUGARS, *an individual*, and
GAYLE A. SHUGARS, *an individual*,

    Plaintiffs,

v.

JOHN GLISMANN, M.D., *an individual*,
DAWN KOPF, P.A., *an individual*, and
ASPEN VALLEY HOSPITAL DISTRICT d/b/a ASPEN VALLEY HOSPITAL, *a nonprofit corporation*,

    Defendants.
_____

**DEFENDANT JOHN GLISMANN, M.D.'s UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT HIS BILL OF COSTS TO THE COURT.**
_____

Defendant John Glismann, M.D. ("Dr. Glismann") by and through counsel Amy Cook Olson, Esq. of the law firm KLEIN COOK OLSON, LLC respectfully moves for an extension of time submit his Bill of Costs to the Court as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1 undersigned counsel conferred by email on September 27th, 2024 with Plaintiff's counsel prior to the submission of this motion. Plaintiff's counsel does NOT oppose this motion.

**GROUNDS FOR EXTENSION OF TIME**

1. On September 23, 2024, the jury in this matter returned a defense verdict. [DKT 244].

2. On September 23rd, 2024, this Court entered its Final Judgment [DKT. 245] in favor of Defendants John Glismann, M.D., Dawn Kopf, P.A., and Aspen Valley Hospital District d/b/a Aspen Valley Hospital, and against the Plaintiffs Gregory J. Shugars and Gayle A. Shugars.

3. Defendant Dr. Glismann's deadline to file his Bill of Costs in this matter is currently October 7th, 2024, as that date is 14 days after judgment was entered. *See* F.R.C.P. 54(d).

4. This matter has been ongoing since July 26th, 2019.

5. Due to the extended length of time this matter has been ongoing, Defendant Dr. Glismann requests additional time to compile costs associated with this matter for his Bill of Costs.

6. Defendant Dr. Glismann's counsel firm has changed entities since this matter commenced in 2019 and will require extra time to locate an accurate list of costs.

7. As such, counsel for Dr. Glismann respectfully requests the Court issue an Order extending his Bill of Costs deadline by 21 days, to October 28th, 2024.

8. No parties will be prejudiced by this extension of time.

9. Undersigned counsel verify that a copy of this Motion was served on their clients at the time of filing.

10. Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCivR 6.1(b) and (c).

**WHEREFORE**, Defendant Dr. Glismann respectfully requests the Court issue an Order for extension of time, up to and including October 28th, 2024, to submit his Bill of Costs.

DATED: September 30, 2024                    Respectfully submitted,

                                                KLEIN COOK OLSON, LLC
                                                */s/ Amy Cook Olson*_____
                                                Amy Cook Olson, Esq. #27237
                                                Angela Lund Klein, Esq. #32288
                                                KLEIN COOK OLSON, LLC
                                                2130 Resort Dr, Unit E
                                                Steamboat Springs, CO 80487
                                                aklein@kco-law.com
                                                acookolson@kco-law.com
                                                *Attorneys for Defendant John Glismann, M.D.*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2024, I filed the foregoing with the Clerk of Court by using the CM/ECF system. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic filing to the following ECF registrants:

| | |
|---|---|
| Aaron Bradford, Esq | Jim Leventhal |
| Stephen Segall, Esq | Julia T. Thompson |
| SHERIDAN ROSS, P.C. | LEVENTHAL PUGA BRALEY P.C. |
| 1560 Broadway, Suite 1200 | 950 South Cherry Street, Suite 600 |
| Denver, CO 80202 | Denver, CO |
| abradford@sheridanross.com | jim@leventhal-law.com |
| ssegall@sheridanross.com | jthompson@leventhal-law.com |
| *Attorneys for Defendants Aspen Valley Hospital District and Dawn Kopf, P.A.* | *Attorneys for Plaintiffs* |

              */s/ Amy Cook Olson*
              Amy Cook Olson, Esq.